■ SIDNEY BERG, Appellant, v. PAUL T. GIVEN, as Supervisor of the Town of Smithtown, et al., Respondents.— Action by a property owner for a judgment declaring, *inter alia,* that certain amendments to a zoning ordinance are unconstitutional, void and ineffective insofar as they place his property in an " A " residence district, wherein no building shall be erected or altered on a lot of an area less than one acre. Prior thereto, said property was in a " C " residence district, wherein no building may be erected or altered on a lot of an area less than 10,000 square feet. The appeal is from an order granting summary judgment dismissing the amended complaint and from the judgment entered thereon. Order and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ JOAN CONTINI et al., Respondents, v. HOWARD A. RANDALL, Appellant. — In an action to recover damages to person and property and for medical expenses and loss of services, the appeal is from a judgment entered on a jury verdict for $5,000 for the personal injuries and $2,000 for the property damage and medical expense and loss of services. The injuries to person and property are alleged to have been received when a motor vehicle owned and operated by appellant struck the motor vehicle owned by respondent Cosimiro Contini, and operated by his wife, respondent Joan Contini. The evidence

indicates that appellant's motor vehicle was struck in the rear by a third motor vehicle and was pushed into the rear of respondents' vehicle, which had come to a stop. Judgment reversed on the law, with costs, and complaint dismissed. The findings of fact are affirmed. In our opinion there is no evidence in this record to support a finding of negligence on the part of appellant. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.